UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                   SCHEDULING ORDER

                                                                 01-CR-6119L

                       v.

QUINTON CARMON,

                        Defendant.
_____


      By order filed June 16, 2005, the Second Circuit has remanded the case for further proceedings in conformity with *United States v. Crosby*, 397 F.3d 103 (2005).  To assist the Court in making its determination under *Crosby*, I request that defendant submit a filing as to your position on whether and how *United States v. Booker*, 125 S. Ct. 738 (2005) and *Crosby* should affect the previously imposed sentence in this case.  That submission must be filed within twenty (20) days of this order.  Counsel should contact Sue Oogjen at (585) 613-4011 to issue a new set of CJA appointment papers, if necessary.  The Government must respond two weeks thereafter.  Upon receipt of the papers, the Court will decide if argument is necessary or not.

     IT IS SO ORDERED.

                                                    _____
                                                        DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
        July 22, 2005.